IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REYNALDO TAFOYA,

     Plaintiff,

v.                                    Case No.: 1:24-CV-00318-KG/KK

ROBERT WINDHORST.
in his individual and official capacity, and
CITY OF GRANTS, NEW MEXICO,

     Defendants.

STIPULATED ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT ROBERT WINDHORST AND CITY OF GRANTS WITH PREJUDICE

THIS MATTER comes before the Court on the *Stipulated Motion to Dismiss Defendants Robert Windhorst and City of Grants with Prejudice* (Doc. 31) seeking dismissal with prejudice of all claims brought by Plaintiff Reynaldo Tafoya against Defendant Robert Windhorst and City of Grants. As grounds thereof, the Parties state that they have resolved this matter.

IT IS THEREFORE ORDERED that all claims against Defendants are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MYNATT SPRINGER P.C.

_____

BLAINE T. MYNATT
New Mexico Bar No. 9471
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendants*


Approved:

SMITH & MARJAVNOVIC LAW, LLC


*/s/ Approved via email October 21, 2024*
Taylor E. Smith
6731 Academy Rd. NE
Albuquerque, NM 87109
taylor@legalhelpnm.com

and

THE SOTO LAW OFFICE, LLC


*/s/ Approved via email October 21, 2024*
Ramón A. Soto
300 Central Ave. SW, Suite 2500W
Albuquerque, NM 87102
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 22, 2024, I served a true and correct copy of the foregoing on the following via CM/ECF File and Serve:

Taylor E. Smith                Ramón A. Soto
Taylor@legalhelpnm.com      ramon@thesotolawofficellc.com
*Attorneys for Plaintiff*


_____
HALEY R. GRANT